UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    SUSAN FAY TRONDSON        CASE NO. 17-52237-PJS
                                                CHAPTER 13
                                                HONORABLE PHILLIP J. SHEFFERLY

    DEBTOR,
_____/

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY AS TO SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

The parties having stipulated and agreed to the entry of an order for relief from the automatic stay;

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. § 362(a) is terminated as to the interest of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease in the 2017 Jeep Renegade bearing Vehicle Identification Number ZACCJBBB3HPF26519.

2) The Creditor is free to pursue its applicable non-bankruptcy remedies with respect to its interest in the subject vehicle.

3) Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and the Creditor may immediately enforce and implement this Order.

**Signed on September 15, 2020**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge